BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mc-00052-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $88,340.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $70,240.00.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and

claimant John Walker ("claimant"), by and through their respective counsel, as follows:

1.    On or about January 6, 2014, claimant John Walker filed a claim, in the

administrative forfeiture proceedings, with the Drug Enforcement Administration with

respect to the Approximately $88,340.00 in U.S. Currency and Approximately

$70,240.00 in U.S. Currency (collectively "defendant currency"), which was seized on

November 1, 2013.

2.    The Drug Enforcement Administration has sent the written notice of

intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

The time has expired for any person to file a claim to the defendant currency under 18

1

U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.　　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  The deadline is April 11, 2014.

4.　　　As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to June 10, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.　　　Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 10, 2014.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

Dated:   4/9/14                                      BENJAMIN B. WAGNER
                                                     United States Attorney

                                        By:   _____/s/ Jeffrey A. Spivak_____
                                                     JEFFREY A. SPIVAK
                                                     Assistant U.S. Attorney

Dated:   4/9/14                              _____/s/ Joseph M. Tully_____
                                                     JOSEPH M. TULLY
                                                     Attorney for claimant
                                                     John Walker

                                                   (Authorized via telephone)

**ORDER**

IT IS SO ORDERED.

Dated:  April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time